AO 91 (Rev. 08/09) Criminal Complaint

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**MUNEEB AKHTER**<br>**SOHAIB AKHTER**<br><br>*Defendant(s)* | ) ) ) ) Case No. 1:15MJ123<br>) )<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2014 to on or about Jan. 2015__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1029(a)(2) and (b)(2) | The defendants knowingly and with intent to defraud, conspired to traffic in and use one or more unauthorized access devices during a one-year period, and by such conduct obtained things of value aggregating $1,000 or more during that period, said conduct affecting interstate commerce. |

This criminal complaint is based on these facts:
(See attached affidavit.)

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Gene Rossi / John Taddei

*Complainant's signature*
Gershon Ross, Special Agent,
Department of Homeland Security
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __2/27/2015__

/s/
John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state:   Alexandria, VA

Honorable John F. Anderson, U.S. Magistrate Judge
*Printed name and title*