IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:15cr124 |
| ) | |
| MUNEEB AKHTER ) | |

### ORDER

The matter came before the Court on the government's motion to revoke defendant's bond pending trial pursuant to 18 U.S.C. § 3142 and 3145.

For the reasons stated from the bench, and for good cause,

It is hereby **ORDERED** that the Court **FINDS** by a preponderance of the evidence (i) that defendant violated the conditions of his pretrial release and (ii) that there is a serious risk that defendant will endanger the safety of other persons or the community and that no condition or combination of conditions "will reasonably assure . . . the safety of any other person and the community." 18 U.S.C. § 3142(g). The Court makes no finding at this time regarding whether defendant poses a risk of flight.

Accordingly, it is further **ORDERED** that the government's motion to revoke defendant's bond pending trial is **GRANTED**.

It is further **ORDERED** that defendant is committed to the custody of the Attorney General or his designated representative for confinement in an appropriate corrections facility and, to the extent practicable, separate and apart from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with his counsel. On order of a court of the United States or on request of an

1

attorney for the government, the persons in charge of the designated corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Clerk is directed to send a copy of this Order to the Marshals Service, the Pretrial Services Office and all counsel of record.

Alexandria, VA
May 8, 2015

/s/
T. S. Ellis, III
United States District Judge