Sign In | My Account    SUBSCRIBE: Home Delivery | Digital       Real Estate | Rentals | Cars | Today's Paper | Going Out Guide | Find&Save

PostTV | Politics | Opinions | Local | Sports | National | World | Business | Tech | Lifestyle | Entertainment | Jobs | Cars | More

In the News   Cancer charities   'The Voice'   Same-sex marriage   Uber   NBA draft lottery

## Most Read: Local


1  Poverty, family stress are thwarting student success, top teachers say


2  Arlington police officer responding to domestic dispute fatally shoots man


3  Reagan or National: What do you call these things in the D.C. area?


4  The story of West Baltimore can be told through life at one intersection


5  Want to enjoy the deep, mystical sleep of our ancestors? Turn your light...




# The State of NoVa
Tom Jackman: The only Northern Virginia blog you'll ever need.

✉ Send E-mail | Follow on Twitter | Fan on Facebook | RSS Feed | Virginia Politics | Crime Scene

**NEW STATE OF NOVA POLL**
If Virginia mints its own currency, who should be on the coins? Founding fathers or modern musicians? Vote in our **State of NoVa Poll here**.

**SEE IT BEFORE YOU DRIVE IT**
Use our new and improved traffic cams to check out your route before you go, on our **traffic and commuting page**.



**5 GREAT NOVA READS**

1  Good profile of Neil MacBride, top federal prosecutor in Eastern Va.: **U.S. attorney raises his profile with ambitious cases** - Virginian-Pilot

2  A look at Patrick Henry College's Michael Farris and his Lyme disease campaign: **Lyme Disease task force to hold hearing in Roanoke** - The Roanoke Times

3  Top 50 restaurants in NoVa, Vienna Inn somehow missing. **Best Restaurants of 2012** - Northern Virginia Magazine

4  Federal food aid rising locally. **Use of food stamps skyrocketing in Northern Virginia** - Alexandria Gazette Packet

5  N.Y. Times likes new Mosaic district, but declares Merrifield.... **A Suburban Wasteland in Virginia Gets a Modern Urban Feel** - New York Times

**TOP 31 NOVA BLOGS**

Sure, there are a lot of blogs and a lot of blah-blah-blah out there. But here at The State of NoVa, we've culled through a few hundred or so, and bring you our **list of the Top 31 fun and fascinating blogs** on everything from politics to partying.

Posted at 05:00 AM ET, 05/23/2011
==May 23, 2011 09:00 AM EDT==

TheWashingtonPost
## George Mason's youngest grads

By Tom Jackman



Sohaib Akhter (left), 19, and his twin brother, Muneeb, created a geomobile omnidirectional robotic telepresence (GORT) while getting their degrees at George Mason University. But can it DO "The Robot?" (Shamus Fatzinger)

Of the roughly 7,400 George Mason students who graduated Saturday, Muneeb and Sohaib Akhter had to be among the most interesting, as well as the younges==t. They're 19-year-old twins, they graduated in three years with degrees in electrical engineering, arguably the school's toughest program, and they invent robots.==

And they sound pretty humble, according to this excellent story by Holly Hobbs in the Fairfax County Times: "We've spent a lot of time playing video games," said Muneeb Akhter.

Yeah, sure pal. Muneeb graduated cum laude with a 3.68 GPA, and Sohair, taking 22 hours (!!) this semester, finished magna cum laude with a 3.86 GPA.

Besides acing their classes, the brothers developed GORT, or Geomobile Omnidirectional Robotic Telepresence. The nearly six-foot robot has an online video chat screen for a face, and the Akhters use it to travel the campus without leaving the dorm room.

"It's nicknamed the 'party 'bot,'" Muneeb said, adding the robot can serve as a disc jockey for parties because of its built-in stereo system.

==I think we'll be hearing more about these guys.==

By Tom Jackman  |  05:00 AM ET, 05/23/2011

Categories:   George Mason University  |  Tags:   Muneeb Akhter, Sohaib Akhter, GORT, Virginia