

**DEFENSE ADVANCED RESEARCH PROJECTS AGENCY**
675 NORTH RANDOLPH STREET
ARLINGTON, VA 22203-2114

SEP 20 2012

Mr. Muneeb Akhter
AcceSys Technology, LLC
7510 Chancellor Way
Springfield, VA 22153

Dear Mr. Akhter:

    I would like to personally thank you for your contribution to the Cyber Fast Track Program. Your research effort through "SCATEboard - Side Channel Attack Test Evaluation Board," will enable the government to better understand and prepare for important cyber challenges. Your partnership with Cyber Fast Track not only contributes to the success of this novel and innovative program but promotes a positive relationship between the Government and the Cyber Community.

    We look forward to future interactions with your organization. Should you have any questions, please feel free to contact the Cyber Fast Track team by e-mail at DARPA-PA-11-52@darpa.mil or Cyberfasttrack@darpa.mil.

Sincerely,

Mr. Peiter "Mudge" Zatko
Program Manager
Information Innovation Office