July 15th, 2015

Mohammed Aslam Khan
9124 6th street
Lanham, MD  20706
202-251-0000

Subject:	Character Reference for Muneeb Akhter


Dear Honorable Judge,

My name is Mohammed Khan, I am Muneeb's uncle.  I have known Muneeb all his life and have had a close relationship.  He is a very impressive and loving nephew with unique qualities.  I acknowledge some mistakes he has made recently, however, overall I have known him to be very loving and caring person.  All my kids admire him and see him as a wonderful brother. He has never been violent or elusive to the family.  His dedication to family is always manifested when we have family get gatherings where he enthusiastically participates in our family activities from sports, picnics, parties and events.

He currently lives with my mother. I live in Maryland, however, having Muneeb with my mother I feel comfortable that she has someone with her who can take care of her and trust him to be responsible in her care.  He is always willing to be available for any support she needs in her daily chores or activities.  The care that he shows to my mother is very impressive and I am very grateful for the honor and respect he shows towards the elders of our family.

Therefore, your Honor, I humbly request leniency towards Muneeb Akhter, since he is young and due to peer pressures and societal influences he has made mistakes and he has recognized his offence.  If given another opportunity, I believe he will be a great asset to our family and our community.  Furthermore, he is a critical member of our family, especially to my kids, and his absence will have drastic negative effects to our family.

Our family thanks you greatly in advance if you can show some compassion and give Muneeb a second chance in life to prove his worth to you and to our family.

Sincerely,


Mohammed Aslam Khan