To the Honorable Judge T.S.Ellis III,

My name is Munira Akhter and I am Muneeb and Sohaib's younger sister. I am writing to tell you that my brothers are very good people and a benefit to society.

They talk to me more than anyone else in our family and they have helped me in so many ways. They always used to help me with my Math, Science, and Computer projects when I was back in school. Muneeb and Sohaib also supported me when I wanted to pursue a degree in Arts and my parents tried to discourage me from it as it would not land a good job.

My brothers told me I could do anything and agreed to help me through my creative projects.

Muneeb and Sohaib also do a lot of pro bono work. There was an elderly man our family knew that got into a car accident which made him loose his job. Later on he opened a fish restaurant and needed help setting up his store. My brothers were quick to help him out, they designed a whole website (which Sohaib paid for out of his own pocket for the URL) and a menu for the man's restaurant and my brothers also rearranged the furniture for him. They worked day and night at his shop for a good 3 days. At the end the elder man wanted to give them a free meal as thanks for their hard work, and Muneeb humbly refused and said that he would pay for the meal. When they got back home I couldn't even believe they would work so hard for someone and get nothing in return. They actually ended up spending their own money to help him. They really are selfless when helping other people. They don't usually spend money on themselves, but they'll use it to buy something for their family and friends.

At University they would help their friends with their homework and projects and would sometimes stay on campus until midnight just so they can help their friends finish their work. I however saw this as something to be cautious of as many people were starting to take advantage of them, especially girls who all conveniently had financial problems. My parents and I noticed that my brothers would be easily influenced by their friends to do favors for them, like giving them rides, paying for their meals at restaurants and other bills, etc.

I know Muneeb and Sohaib are good people. They just got influenced and controlled by the wrong people.

I ask that you have leniency on my brother's sentence as they are genuinely a benefit to society.


Sincerely,

Munira Akhter