Sabera Akhter
7510 Chancellor Way
Springfield, VA 22153
7034551560

August 17, 2015

Your Honor,

I write this letter to attest to the environment that my brothers, Muneeb and Sohaib Akhter, indicted for charges involving wire fraud and hacking, have been brought up in.

My mother has always taught us to be respectful of others. My father has a strong work ethic and has worked for decades to provide for our family and pay for our education. Both of my parents sacrificed much of their time and comfort so that we may live without struggle. We were raised in a religious and moral household. We were taught that stealing is wrong and that harming other people in any way is wrong. We were not brought up to be nationalistic, neither were we brought up to be anti-American or to act against the law.

Throughout my life I have noticed that Muneeb and Sohaib err as a result of their poor decisions. This is evident in the people they decide to trust, whether it be their faulty relationships or who they considered as friends. Both of them have dated clingy and manipulative girls who have constantly used them and lied to them although family members and friends warned them against those girls. One of the main co-conspirators in this case was also someone they considered a friend, and they were also warned against him.

Your Honor, my brothers, my sister, and myself were all bullied in our childhood, and that affected us in different ways. My brothers developed a need to prove their worth at every given opportunity, and I see that need as the reason behind Muneeb's boasting to his coworkers at the beginning of this whole case, as you may have come to know. I don't believe any criminal would openly state such a thing out of fear of the consequences.

Your Honor, whenever Muneeb and Sohaib return to their family, they will return to an environment that will reprimand them for

what they did wrong and encourage them to never commit such acts again, not one that will be unsupportive of their growth and indifferent towards their activity.

Thank you for your consideration.

Sabera A