# Muneeb Akhter Photo Documentary

August 24, 2015

TO:  Honorable Judge T.S. Ellis III
RE:  Muneeb Akhter Sentencing

My name is Iffat Mobin-Uddin.  I reside at 614 St. George, Richardson, TX, 75081.

I was born in Lexington, Kentucky in 1972 and grew up in Columbus, Ohio.  I graduated Summa Cum Laude with Honors and Distinction from The Ohio State University with two bachelor's degrees: one in Psychology and one in Family Relations and Human Development with an emphasis on Child Development.  I then graduated from the University of Pennsylvania with an M.S. Ed. in Early Childhood Education. I have directed and taught in Early Childhood Education programs where I have been the Lead KG Teacher at schools in Columbus, Ohio as well as Dallas, Texas.  In 2001, I co-founded **Tarbiyah 4 Kids**, an educational consultancy directed at providing workshops and training for staff in schools across the nation.  I am married and am the mother of four children between ages of 12 and 4 years (Israa, Ziyaad, Saadiq, and Aaliya).

I have known Muneeb Akhter since 1999 when I married his father's younger brother Siraj. I have been privileged to witness Muneeb grow over the years from a child into adulthood.  As the eldest cousin of the family, he has always had a role in looking after and being a role model for the younger children.  It is my intention through this photo journal to share a glimpse into Muneeb's life as pertains to his strong and loving commitment to family.

Our family has been blessed with the opportunity to visit with each other in consistent family reunions over the years.  This is particularly important to me as I had the same connection with my own cousins growing up even though they lived out of the country.  I always wanted my children to grow up with strong bonds with their cousins and appreciated the effort our families made to ensure this happened.

**July 2006, Dallas, TX**

When my kids were very small children, Muneeb was already a teenager.  As these following photos will capture, he still enjoyed taking care of them, playing with them, and even teaching them while spending their short vacations together.

This is a typical group shot of the cousins at the end of the visit.



1

# Muneeb Akhter Photo Documentary

**July 2007, Cary, NC**



In the summer of 2007, my son Ziyaad was only two years old, but already had a special relationship with his big cousin Muneeb. Despite the age difference, Muneeb would take care to spend time with him.

It was always a funny adventure trying to get the group picture with all the family in one spot.



**December 2008-January 2009, Cary, NC**







Muneeb would even enjoy spending time with my daughter Israa when she was young. Here he is teaching her to use the stylus on his laptop, something at 5 years old, she had no experience with.

At 3 years old, Ziyaad stuck to his twin cousins like glue. Though the age gap was wider than other cousins, most of his time would be spent with them. They always enjoyed sitting with him at our restaurant outings.







During this trip, we took a walk around the neighborhood lake which took over 45 minutes at the pace of the little kids. Muneeb enjoyed the slow pace and helped to keep the kids safe and having fun. When my son Ziyaad decided to walk with his pants pulled up, Muneeb thought that was so funny, he did the same, and walked the rest of the way just like his little cousin! These were little but valuable ways he strengthened the bonds of family as well as friendship.

# Muneeb Akhter Photo Documentary

**December 2008-January 2009, Cary, NC** (continued)


Muneeb

An important and fun part of each of our family reunions was the annual 'show' put on by the cousins. Sometimes a puppet show, sometimes a variety show, but always a fun time.

Here Muneeb and his brother Sohaib put on a magic show where Muneeb 'levitated' Sohaib. This act was thoroughly enjoyed by the adults as well as the children. Obviously the brothers had a great time participating and putting in on for us as well.


Muneeb


Muneeb


Muneeb


Muneeb


Muneeb

Many kids may not want to join in on family time, especially if they are the older ones. They may prefer to disappear in their own rooms with their own devices and spend time alone rather than have to entertain the little ones or hang out with the older generation. On the contrary, Muneeb was always eager and happy to spend time with our family, young and old. You can see him enjoying everyone else's acts, drawing a connection between generations.


Muneeb

The last act in this particular variety show was Muneeb, Sohaib and their younger cousin (age 8) with their rendition of a song with a positive moral message.

3

# Muneeb Akhter Photo Documentary

**December 2009-January 2010, Dallas, TX**

During this reunion, my second son Saadiq was now 2 years old. Muneeb cared for him just like he did for Ziyaad, and as a result my two boys really built a strong bond with him and to this day look forward to subsequent visits. As the eldest cousin who was computer savvy and willing to give his time to them, Muneeb captured their hearts and earned their respect.







During our vacations together, we always look forward to the big family restaurant outing.



Muneeb can be seen here taking the role of historian, capturing the fun events and celebrations of our family get-togethers. He reminds me of my own eldest sister who, when we were young, would always be the one to whip out the camera and document our priceless memories.





Another year, another show! Muneeb is ready to video the younger kids after participating in the puppet show put on by the older cousins.

To this day, I use Muneeb and his siblings as an example for my children. They come to the table and efficiently eat the food set before them without complaints or wasting time.

# Muneeb Akhter Photo Documentary

**December 2011-January 2012, Dallas, TX**



The cousins like to conglomerate in one room, chatting and working on their devices. Muneeb's room is always the place of choice, and he and his siblings were always welcoming to the younger kids.



This December the family was able to take a trip to the Six Flags over Texas. They had a marvelous time, and Muneeb played his part well in keeping the younger cousins accounted for and having fun!

This Winter, my brother and his family were also able to join us for a visit. Now that Muneeb was an adult, he would also join in on the conversations and nightly strolls with the other men in the family. Though my brother was only with the boys for a couple of days, he was very impressed with them.

Here we are again after our annual family restaurant gathering, a time enjoyed and cherished by the children as well as the adults in our family.



5

# Muneeb Akhter Photo Documentary

**December 2013-January 2014, Dallas, TX**

December 2013-January 2014 was the last time our family has been able to hold a reunion.  My son Ziyaad, now 10 years old (and pictured here at 8yrs), asked me just last week if his cousins were coming to visit this December.  It was a tough question to which I really have no answer.  He misses Muneeb greatly, and is eagerly waiting for the chance to catch up, share his new interest in programming, and continue their bond of family and friendship.







As my sons grow older, so does their affection for their twin cousins.  They were always together, sitting beside them in the restaurant, or being with them in the car and during our outings.  This particular December, I could not get my boys out of Muneeb's room.  They just wanted to be near him all the time, even if they were not allowed to use computers and phones which they really enjoy and which he always shared with them.



These were the last cousin pictures taken at the end of our reunion in Dallas in January 2014. This year my (then 2 year old) daughter Aaliya also formed a bond with Muneeb just like her brothers before her.  She wanted him to hold her during the picture taking session.



6

# Muneeb Akhter Photo Documentary

Honorable Judge Ellis, I genuinely thank you for taking the time to review this document.  Educators are trained to observe the whole individual within all realms: physical, academic, social, emotional and spiritual development. My professional assessment of Muneeb is that he is a gentle, caring, intelligent and creative individual who has a great deal to offer to his family, his community, and his country.  He has made a terrible mistake and has caused great harm and is deeply remorseful and sorry about this.  He is now trying his level best to set things right.  Please give my nephew Muneeb the chance to demonstrate his varied talents and use them toward a positive contribution to the community.


With all due respect and sincere appreciation,


Iffat Mobin-Uddin