August 26, 2015

Respected Judge. T.S. Ellis III.

My name is Rana Parveen and I am the grandmother of Muneeb and Sohaib Akhtar. I was a licensed daycare provider in Maryland for more the 20 years before I retired and moved to Springfield. Va. Muneeb and Sohaib are my first grandchildren I love them dearly, and they are my pride and joy. I am writing this letter with a broken heart for the current circumstances asking for leniency in their sentencing

Muneeb and Sohaib came straight to my house after they were born in November 1991. They stayed with me those first two months. They have spent at least a part of every summer with me, even after they moved. I was overjoyed when they came to live with me in July 2008. At that time I was all alone after the passing of my husband and then my mother. Muneeb and Sohaib have helped me financially. They are always polite and respectful to me. I know what a huge blessing that is in this day and age. Whenever I ask them to do something around the house, they are always willing. I was very proud of them when they finished their degree at 19 years old and their Master degree at 21 years old. I can not imagine my life without them.

I was shocked to find out that they

wrong. When the agents first came to my house in June 2014, they sat at my dining-table and spoke to Muneeb about giving him a job. I could not have even imagined it would lead to criminal charges. I do not know them to have any bad habits. They were hoping to get good jobs. I was looking for suitable matches for them so they could get married. I am praying for them day and night. I know they will try to fix the mistakes they made. They are good boys and are always looking to do good deeds. I know they are very sorry for their mistakes. Please, Your Honor, forgive them and give them another chance. Hopefully you will see the good in them like I do.

Sincerely,

Rana Parveen
(Grand Mother)