To the Honorable Judge T.S. Ellis III,

My name is Bader Ahmed. I am Muneeb and Sohaib Akhter's grandmother from their father's side. I am 75 years old and in weak health. They are very good, God fearing, loving, honest, caring and intelligent children. Please give them one more chance. This will serve as a lesson for them. I am sure they will never make this mistake again. They are like a flower bud. Please don't pick the bud. Let the bud open and bloom. I am begging for mercy for them.

Sincerely,


Grandma Bader
Richardson Texas