I herby acknowledge that this letter will be used in the court of law:

I am writing this letter in support of Muneeb Akhter, to be used at his sentencing hearing in the U.S. District Court in Alexandria, Virginia.  Our relationship really started when we both attend Code4Country an USAID sponsored hackathon (programming competition) in 2011 when we represented George Mason University and began to do many of these hackathons. Muneeb is different and has a really good heart.  I have seen him numerous times helping people and teaching at GMU for the simple love of academy. One of the competitions we have done was at the Water Hackathon sponsored by The World Bank where we started to build off our originally SMS platform messaging tool to help the government of Botswana allow it's people to pay their water bill using their smartphone. The hackathon was named Random Hacks of Kindness and  Muneeb did this on his own time to give back to the community as well as open source his work. Muneeb holds the potential to the change the world and hand his skills to many people to make our world a better place.

Seif Kobrosly