```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                EASTERN DISTRICT OF VIRGINIA
                     (Alexandria Division)

UNITED STATES OF AMERICA,      )
                               )
v.                             )
                               )         1:15CR124(TSE)
MUNEEB AKHTER,                 )
                               )
        Defendant.             )
```

**DEFENDANT'S SUPPLEMENTAL POSITION WITH RESPECT
TO SENTENCING FACTS AND FACTORS**

Mr. Akhter, through counsel, submits this supplement to his Position with Respect to Sentencing Facts and Factors to the Court for its consideration.

Paragraph 189 of the PSR notes that Mr. Akhter was the Chief Executive Officer and President of his own company, Warden Systems. Mr. Akhter won a contract worth approximately $190,000 with Defense Advanced Research Projects Agency (DARPA) shortly after finishing his education. He fully performed under this contract as agreed. The contract ran from November 2012 through February 2013. This contract award belonged exclusively to Mr. Akhter and represents a considerable sum of money, for anyone, let alone a 21 year old newly graduated from George Mason University.

How he spent this money is revealing of Mr. Akhter's character. His maternal grandmother owned the home where he resided with his mother and siblings. The family was having difficulty making the monthly mortgage payment. Mr. Akhter

1

applied approximately $135,000 of this contract award toward the retirement of the outstanding balance on his grandmother's home. This is a remarkable gesture for anyone, but even more so, given Mr. Akhter was so young and was only recently graduated from school. Counsel just learned of this during a discussion with Mr. Akhter, who can be very modest and self-effacing. Counsel believe this gesture reveals a selfless side of Mr. Akhter's character lost in the Government's narrative.

In addition, counsel also just learned in this discussion that while a student at George Mason University Mr. Akhter worked as a teaching assistant and as a tutor. He applied the money he earned from these jobs to pay for the tuition and books for two fellow students at George Mason University: $4,000 for one student and $3,000 for another student. True, these two students were young women in whom Mr. Akhter had interest. True also, however, both of these young women terminated what Mr. Akhter understood to be friendships once he paid their tuition bills. Counsel believe these gestures reveal a gullible side of Mr. Akhter's character, expressed by a repetitive willingness to assist others at his own expense, also lost in the Government's narrative.

                                        Respectfully submitted,

                                        Muneeb Akhter
                                        By Counsel

**ECF FILING:**

/s/
Joseph J. McCarthy
VA Bar # 19006
Counsel for Defendant
Delaney, McCarthy & Colton, P.C.
510 King Street, Suite 400
Alexandria, Virginia  22314
Telephone: (703) 549-9701
Facsimile: (703) 836-4285
E-mail: mccarthy@lawdmc.com


Mark Petrovich
Petrovich & Walsh, P.L.C.
10605 Judicial Drive, Suite A-5
Fairfax, Virginia  22030
703-934-9191 - o
703-934-1004 - f
mp@pw-lawfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on September 29, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

    Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

    /s/
Joseph J. McCarthy
VA Bar # 19006
Counsel for Defendant
Delaney, McCarthy & Colton, P.C.
510 King Street, Suite 400
Alexandria, Virginia  22314
Telephone: (703) 549-9701
Facsimile: (703) 836-4285
E-mail: mccarthy@lawdmc.com