| CF005 06/26/2017 |  | **Alexandria Justice Information System**<br>**Office of Sheriff**<br>**Incident Report Form** |  |

| INCIDENT TITLE | | INCIDENT NUMBER |
|---|---|---|
| | **Violation - Administrative** | **201701135** |

| DATE AND TIME OCCURRED | | DATE AND TIME REPORTED |
|---|---|---|
| Between **06/19/2017** **09:10** and **06/22/2017** **19:39** | | **06/23/2017** **12:00** |

| LOCATION OF INCIDENT | EXACT LOCATION (NUMERICAL DESCRIPTION) |
|---|---|
| **Detention Center** | **Law Library** |

| FORCE USED ? | WEAPON USED ? | SEARCH ? | CHEMICAL USED ? |
|---|---|---|---|
| **No** | **No** | **No** | **No** |

**NARRATIVE**

On Friday, June 23, 2017, at approximately 0816 hours, I was conducting a review of the Law Library computers. I identified two non-native files on the desktops, test.BATCH and cool.TXT. Test.BATCH is an executable script file, and cool.TXT is a directory summary of the Windows System32 file. To my knowledge, these files can be used for malicious and nefarious purposes.

From my understanding, the BATCH file is a script file that will run commands with or without a user present. This can be anything from starting a program on power up to deleting/changing necessary files on the system. This program was a basic time response protocol which, when ran, gives the current system time and asks the user if they would like to change it. This action however was blocked by user privileges. This test.BATCH was most likely used to "test" if the user privileges could be subverted. The text file (cool.TXT) contained restricted information. This information was the structure of the System32 file which is the base of the Windows operating system. Any deletion or change to this file structure can be critical to the system integrity. This is also the location where user permissions is held and can be changed.

Both files were time and date stamped (06/22/2017 @ 1939 hours and 06/19/2017 @ 0910 hours respectively). Upon review of ViconNet, (Camera - 3rd Law Library) during these times, I observed Inmate Muneeb Akhter (A0165836, 3E06) accessing the computer on which these files were found. Inmate Akhter was previously charge with a similar offense on 07/29/2015 (Incident Number 201501004).

| REPORTING EMPLOYEE/# | APPROVING SUPERVISOR/# | DATE | TIME |
|---|---|---|---|
| **Cushing, P** | Signed: ----------------------------------<br>**Plaskus, M / 0729** | 06/ | |
| DISPOSITION | HEARING DATE | PAGE OF PA |  |
| **Hearing** | **07/03/2017** | **1** **5** | GOVERNMENT EXHIBIT 3 |

F-SHR-0007


| CF005 06/26/2017 |  | Alexandria Justice Information System<br>Office of Sheriff<br>Supplemental Incident Report Form |  | |
|---|---|---|---|---|

| INCIDENT TITLE | | INCIDENT NUMBER |
|---|---|---|
| | **Violation - Administrative** | 201701135 |

| INCIDENT DATE | DATE OF THIS REPORT |
|---|---|
| 06/19/2017  09:10 | 06/23/2017  12:00 |

NARRATIVE

Inmate Akhter is being charged with the following Major Administrative Violations:

1) Tampering with City Property - Creating executable script files on city computers (06/22/2017 @ 1939 hours - Camera - 3rd Law Library)

2) Plotting and Planning to Break Facility Rules - Creating a text directory of the System 32 file structure. (06/19/2017 @ 0910 hours - Camera - 3rd Law Library)

Pre-hearing segregation is not authorized at this time.

Inmate Akhter's hearing is scheduled for Monday, July 3, 2017.

A copy of the charging document was given to Inmate Akhter on this date at approximately 1700 hours.

A copy of this report was forwarded to classification and the Captain of Security

| REPORTING EMPLOYEE/# | APPROVING SUPERVISOR/# | DATE | TIME |
|---|---|---|---|
| Cushing, P | Signed: _____ | | |
| DISPOSITION | | PAGE 2 | OF PAGES 5 |

F-SHR-0008

CF005
06/26/2017



**Alexandria Justice Information System**
**Office of Sheriff**
**Supplemental Incident Report Form**



| INCIDENT TITLE | | INCIDENT NUMBER |
|---|---|---|
| | **Violation - Administrative** | **201701135** |
| INCIDENT DATE | DATE OF THIS REPORT | |
| 06/19/2017   09:10 | 06/23/2017   15:50 | |

NARRATIVE

Inmate Akhter is being charged with the following Major Administrative Violations:

1) Tampering with City Property - Creating executable script files on city computers

2) Plotting and Planning to Break Facility Rules - Creating a text directory of the System 32 file structure.

Pre-hearing segregation is not authorized at this time.

Inmate Akhter's hearing is scheduled for Monday, July 3, 2017.

A copy of the charging document was given to Inmate Akhter on this date at approximately 1700 hours.

A copy of this report was forwarded to classification and the Captain of Security

| | APPROVING SUPERVISOR/# | DATE | TIME |
|---|---|---|---|
| REPORTING EMPLOYEE/# | Signed: | | |
| Cushing, P | | | |
| DISPOSITION | | PAGE 3 | OF PAGES 5 |

F-SHR-0008

CF005
06/26/2017



**Alexandria Justice Information System**
**Office of Sheriff**
**Incident Subject Form**



| INCIDENT TITLE | | | | | INCIDENT NUMBER |
|---|---|---|---|---|---|
| Violation - Administrative | | | | | 201701135 |

| SUBJECT, VICTIM OR BUSINESS | ROLE | PERSON ID # |
|---|---|---|
| Akhter, Muneeb (Inmate) | Inmate/Subject | A0165836 |

| AGE | RACE | SEX | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| 25 | White | Male | (703) 627-8002 | |

| ADDRESS OF SUBJECT, VICTIM OR BUSINESS |
|---|
| 7510 Chancellor Way Springfield, VA 22153 |

| ASSAULTED ? | INJURY LOCATION | TREATMENT | REQUESTS HEARING ? | HEARING ASSIST. REQ ? |
|---|---|---|---|---|
| No | None | None | No | No |

SANCTION TYPE:

**DISCIPLINARY SEGREGATION**

From Date:        Thru:        # of Days:

**LOSS OF PROGRAMS**

From Date:        Thru:        # of Days:

**LOSS OF VISITATION**

From Date:        Thru:        # of Days:

**LOSS OF CANTEEN**

From Date:        Thru:        # of Days:

**LOSS OF RECREATION**

From Date:        Thru:        # of Days:

SANCTION NOTES _____

| INMATE STATUS | APPROVING SUPERVISOR/# | DATE | TIME |
|---|---|---|---|
| Held For Federal Authority/DC | Signed: | | |
| REPORTING EMPLOYEE/# | | | |
| Cushing, P | Plaskus, M / 0729 | 06/23/2017 | 15:12 |
| DISPOSITION | | PAGE  OF | PAGES |
| Hearing | | 4 | 5 |

CF005
06/26/2017



**Alexandria Justice Information System**
**Office of Sheriff**
**Incident Charge Form**



| INCIDENT TITLE | INCIDENT NUMBER |
|---|---|
| Violation - Administrative | 201701135 |

| SUBJECT, VICTIM OR BUSINESS | ROLE | PERSON ID # |
|---|---|---|
| Akhter, Muneeb (Inmate) | Inmate/Subject | A0165836 |

DISCIPLINARY SEGREGATION PER CHARGE

CHARGE ─────────────
**OTHER-DESCRIBE IN NARRATIVE**      PLEA      FINDING

From Date:          Thru.           # OF DAYS:     TO BE SERVED

CHARGE ─────────────
**Plot/Plan to Break the Law/Rules**      PLEA      FINDING

From Date:          Thru:           # OF DAYS:     TO BE SERVED

CHARGE ─────────────
                            PLEA      FINDING

From Date           Thru:           # OF DAYS:     TO BE SERVED

CHARGE ─────────────
                            PLEA      FINDING

From Date:          Thru:           # OF DAYS:     TO BE SERVED

CHARGE ─────────────
                            PLEA      FINDING

From Date:          Thru            # OF DAYS:     TO BE SERVED

| INMATE STATUS | APPROVING SUPERVISOR # | DATE | TIME |
|---|---|---|---|
| Held For Federal Authority/DC | | | |
| REPORTING EMPLOYEE# | Signed: | | |
| Cushing, P | Plaskus, M / 0729 | 06/23/2017 | 15:12 |
| DISPOSITION | | PAGE  OF  PAGES | |
| Hearing | | 5    5 | |