9744074

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America )
v. )
) Case No. 1:15cr-124
)
Muneeb Akhter )
Defendant )

**ARREST WARRANT**

FILED DEC 18 2018 CLERK U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

2018 NOV 23 AM 10:04 EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

RECEIVED UNITED STATES MARSHAL

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Muneeb Akhter,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See Attached Petition15c

Date: 11/21/2018

*Issuing officer's signature*

City and state: Alexandria, VA

Lynnelie Creek–Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/23/18, and the person was arrested on *(date)* 11/27/18
at *(city and state)* Dallas, TX

Date: 12/18/18

*Arresting officer's signature*

Christina H. Moore, DUSM
*Printed name and title*