TYPE OF HEARING: R5-SRV
CASE NUMBER: 15cr124
MAGISTRATE JUDGE: John F. Anderson
DATE: 12/18/18
TIME: 2pm
TAPE: FTR RECORDER
DEPUTY CLERK: Whitney Garnett

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Muneeb Akhter

GOVT. ATTY: Brianna Edgar
DEFT'S ATTY: w/out counsel
INTERPRETER/LANGUAGE: Duty AFPD - Maria Jacob

DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION(S) (X)
COURT TO APPOINT COUNSEL ( )  FPD ( ) CJA ( ) Conflict List ( )

Court to contact previous counsel and re-appoint.

PROBABLE CAUSE FOUND ( ) / NOT FOUND ( )
BOND: Deft remanded.

NEXT COURT APPEARANCE: 12/21/18  TIME: 2pm
Revo/DH  JFA

7 min